UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WAILEUNG HENRY LAM )  <br>        Plaintiff, )  <br>v. )  <br>        )  <br>NORTH CAROLINA DEPARTMENT OF )  <br>CORRECTION )  <br>        Defendant. ) | **JUDGMENT**  <br>5:23-CV-265-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the memorandum and recommendations of the United States Magistrate Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 11, 2024, and for the reasons set forth more specifically therein, that this action is DISMISSED for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on April 11, 2024, and Copies To:**
Waileung Henry Lam (via US mail) 1104-104 Cove Bridge Road, Raleigh, NC 27604

April 11, 2024                        PETER A. MOORE, JR., CLERK

                                       /s/Sandra K. Collins
                          (By)     Sandra K. Collins, Deputy Clerk